IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| KENNETH NEWMAN, § | |
| Individually and on behalf of all others § | |
| Similarly situated, § | |
|     *Plaintiff*, § | |
| § | No.  MO:19-CV-244-DC-RCG |
| v. § | |
| § | |
| PLAINS ALL AMERICAN PIPELINE, L.P., § | |
|     *Defendant,* § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE AND DISMISSAL OF LAWSUIT WITH PREJUDICE**

BEFORE THE COURT is Plaintiff Kenneth Newman's ("Plaintiff") Unopposed Motion for Approval of Confidential Settlement Agreement and Release and Dismissal of Lawsuit with Prejudice ("Motion for Approval"). (Doc. 125). This case is before the undersigned through an Order pursuant to 28 U.S.C. § 636 and Appendix C of the Local Court Rules for the Assignment of Duties to United States Magistrate Judges. (Doc. 123). After due consideration, the Court **GRANTS** Plaintiff's Motion for Approval. (Doc. 125).

In his Complaint, Plaintiff alleged Defendant violated the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, *et seq.*, by failing to pay Plaintiff overtime for hours worked in excess of forty hours in a workweek. (Doc. 1). Plaintiff and Defendant now move the Court to approve their Confidential Settlement Agreement. (Doc. 125).

The Court reviewed the proposed Settlement Agreement and finds that the settlement of this action is fair to all parties, reasonably resolves a bona fide disagreement between the parties concerning the merits of the claims asserted in this action and demonstrates a good faith intention by the parties to fully and finally resolve all claims asserted. (Doc. 126-1).

It is therefore **ORDERED** that the Unopposed Motion for Approval of Confidential Settlement Agreement and Release and Dismissal of Lawsuit with Prejudice is **GRANTED** (Doc. 125) and the Settlement Agreement is **APPROVED**. (Doc. 126-1).

Accordingly, the Court hereby enters **FINAL JUDGMENT** in accordance with Federal Rule of Civil Procedure 41.

It is further **ORDERED** that the Clerk of the Court **CLOSE** this case.

It is finally **ORDERED, ADJUDGED,** and **DECREED** that all of Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**, with costs of court and attorney fees being assessed against the party incurring same, except as otherwise provided in the Settlement Agreement.

It is so **ORDERED**.

SIGNED this 1st day of December, 2022.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE